Adam Hosmer-Henner (NSBN 12779)
Jane Susskind (NSBN 15099)
Katrina Weil (NSBN 16152)
**McDONALD CARANO LLP**
100 West Liberty Street, 10th Floor
Reno, NV 89501
(775) 788-2000
ahosmerhenner@mcdonaldcarano.com
jsusskind@mcdonaldcarano.com
kweil@mcdonaldcarano.com

*Attorneys for Defendant*
*Hometown Health Plan, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA ON BEHALF OF ITS UC DAVIS HEALTH, a California nonprofit public benefit corporation<br><br>Plaintiff,<br><br>v.<br><br>HOMETOWN HEALTH PLAN, INC.,<br><br>Defendant. | Case No. 3:26-cv-00566-ART-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE RESPONSE TO COMPLAINT**<br><br>[ECF No. 11] |

Pursuant to Local Rule IA 6-1 and Local Rule 7-1, Plaintiff The Regents of the University of California on behalf of its UC Davis Health ("Plaintiff") and Defendant Hometown Health Plan, Inc. ("Defendant") (collectively, the "Parties") by and through their respective counsel stipulate as follows:

1. Plaintiff filed its Complaint on July 24, 2026.

2. Defendant's deadline to answer, move against, or otherwise respond to the Complaint is August 26, 2026.

3. The parties have agreed to extend the deadline for Defendant to answer, move against, or otherwise respond to the Complaint by 21 days to September 16, 2026 because Defendant's counsel has only recently been retained and requires additional time to evaluate the claims in the Complaint.

McDONALD CARANO
100 WEST LIBERTY STREET, TENTH FLOOR • RENO, NEVADA 89501
PHONE 775.788.2000 • FAX 775.788.2020

4. This is Defendant's first request for an extension of its deadline to answer, move against, or otherwise respond to the Complaint. Defendant does not seek this extension for purposes of delay. Accordingly, the Parties request that the Court grant an extension of time to answer, move against, or otherwise respond to the Complaint until September 16, 2026.

**Dated**: August 26, 2026.

**McDONALD CARANO LLP**

*<u>/s/ Adam Hosmer-Henner</u>*
Adam Hosmer-Henner (NSBN 12779)
Jane Susskind (NSBN 15099)
Katrina Weil (NSBN 16152)
100 West Liberty Street, 10th Floor
Reno, NV 89501
ahosmerhenner@mcdonaldcarano.com
jsusskind@mcdonaldcarano.com
kweil@mcdonaldcarano.com

*Attorneys for Defendant*
*Hometown Health Plan, Inc.*

**Dated**: August 26, 2026.

**BUCHALTER LLP**

*<u>/s/ Mikhail Parnes</u>*
Mikhail Parnes (admitted *pro hac vice*)
Alexander Jurenka (admitted *pro hac vice*)
500 Capitol Mall, Suite 1900
Sacramento, California 95814
MParnes@buchalter.com
AJurenka@buchalter.com

**BUCHALTER LLP**
Andrew H. Selesnick (admitted *pro hac vice*)
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-1730
ASelesnick@buchalter.com

**BAILEY❖KENNEDY**
John R. Bailey (NSBN 0137)
Joshua M. Dickey (NSBN 6621)
Jarod B. Penniman (NSBN 16299)
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148

*Attorneys for Plaintiff The Regents*
*Of the University of California on behalf*
*of its UC Davis Health*

**IT IS SO ORDERED:**

UNITED STATES MAGISTRATE JUDGE

**DATED:** August 26, 2026

McDONALD CARANO
100 WEST LIBERTY STREET, TENTH FLOOR • RENO, NEVADA 89501
PHONE 775.788.2000 • FAX 775.788.2020